Wesley H. Avery, Trustee
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
www.thebankruptcylawcenter.com
Phone: (626) 395-7576
Fax:  (661) 430-5467
Email: Lucy@AveryTrustee.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | ) Case No. 2:23-bk-11925-BB |
| | ) |
| **FORD, BRANDY** | ) Chapter 7 |
| | ) |
| | ) |
| | ) **NOTICE OF 341(a) MEETING OF** |
| **Debtor(s).** | ) **CREDITORS TO BE CONDUCTED** |
| | ) **TELEPHONICALLY ON 05/02/2023** |
| | ) |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter scheduled for May 2, 2023 at 10:00 AM will take place by **TELEPHONE ONLY**.  The Debtor, Debtor's counsel if any, and any party in interest wishing to participate, shall call:

Call-in Conference Phone Number: **1-866-916-8264**
Participant Code **2983420#**.

**Call-In procedure**

- As there will be multiple parties on the line, every party calling into the meeting should call in from a secure line with minimal background noise.
- Dial in to the conference line 5 minutes prior to the scheduled 341(a) meeting time. No check in is required. In a joint case, both spouses must call in to the meeting.
- Once connected to the conference line, the caller's phone must be placed on mute until the case is called.
- When the case has been called, parties should speak loudly into the telephone as the trustee is making an audio recording of the meeting.
- *If this is a continued meeting, please contact the Trustee whether appearance is required.*

**Document Requirements PRIOR To 341(a) Meeting**

- Debtor must submit the following documents **7 days prior** to the 341(a) Meeting by uploading to Stretto's Document Portal (*available only to debtors with counsel*). Documents will also be accepted by email to Lupe@AveryTrustee.com or via fax to (661)430-5467:
    1. Photo identification;
    2. Proof of Social Security number;
    3. Most recent filed tax return;
        - If Debtor is not required to file Tax Returns, please provide a Tax Declaration (form available on Trustee's website).
    4. Copies of bank statements for prior 3 months, including petition date;
    5. If debtor has Domestic Support Obligations, completed DSO form.
- Debtor must read the Bankruptcy Information Sheet *prior* to the 341(a) Meeting, which is posted on the Trustee's website. Also available on the Department of Justice's website in several languages: https://www.justice.gov/ust/bankruptcy-information-sheet-0#whenufile
- Failure to provide appropriate and timely proof of the enumerated required documents will result in a continuance of the 341(a) Meeting of Creditors.

**Requirements During the Call**

- The debtor and counsel must have available a copy of the petition, schedules, statement of financial affairs, means test, Rule 4002 documents or any other case documents that the debtor may reasonably be questioned about during the 341 Meeting.
- Debtor's counsel will be responsible for confirming the validity of previously submitted Debtor's ID and SSN evidence by affirming on the record at the meeting that they have verified the Debtor's identification and Social Security Number.

**Interpreter**

- If the debtor requires an interpreter, please promptly contact the trustee administrator in advance by email to Lucy@AveryTrustee.com, to request an interpreter. An advance request will assist in a more efficient meeting.

Information, including all the forms are posted on the Trustee's website. If you have any questions or concerns, please contact the trustee case manager by email to Alexandria@AveryTrustee.com.

DATED: April 10, 2023                    /s/ Wesley H. Avery
                                         Wesley H. Avery, Chapter 7 Trustee

BRANDY FORD
154 E 92ND ST
LOS ANGELES, CA 90003